PS 8
(5/05)

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF MASSACHUSETTS

United States of America

vs.

Edison Klotz                  Docket No. :21CR10208

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned U.S. Probation and Pretrial Services Officer presents this report regarding defendant Edison Klotz, who was placed under pretrial release supervision by the Honorable Judith Dein, U.S. Magistrate Judge, on 7/19/2021 under the following conditions:

1. The defendant must not violate any federal, state, or local law while on release.

2. The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 USC 14135(a).

3. The defendant must immediately advise the court, defense counsel, and the U.S. Attorney in writing before any change in addressor telephone number.

4. The defendant must appear in court as required and must surrender to serve any sentence imposed.

5. The defendant promised to appear in court as required and surrender to serve any sentence imposed.

6. The defendant must report to the U.S. Probation Office as directed.

7. The defendant must surrender any passport to: U.S. Probation and Pretrial Services.

8. The defendant must obtain no passport.

9. The defendant must abide by the following restriction on personal association, place of abode, or travel: obtain no travel documents while case is pending; maintain residence at an address approved by the U.S. Probation Office, and not relocate without prior approval; travel is restricted to the District of Massachusetts.

10. The defendant must avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: co-defendant unless in the presence of counsel.

11. The defendant must undergo medical or psychiatric treatment: participate in a mental health treatment program as directed and comply with all of the rules of such program.

12. The defendant must refrain from possessing a firearm, destructive device, or other

dangerous weapons.

13. The defendant must refrain from excessive use of alcohol.

14. The defendant must refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

15. The defendant must submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance abuse screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring with are required as a condition of release.

16. The defendant must participate in a program of inpatient and outpatient substance abuse therapy and counseling if the pretrial services office or supervising office considers it advisable.

17. The defendant must report any contact with law enforcement within 24 hours.

**And respectfully seeks action by the Court and for cause as follows:**

On February 23, 2022, Probation was informed by the Clinical Supervisor at Steppingstone, Inc., that Mr. Klotz was being discharged from the program after submitting a urine sample that tested positive for amphetamine, methamphetamine, and aminoclonazepam, on February 9, 2022. Following the call, Probation attempted to work with Mr. Klotz and the provider to address the situation. However, Mr. Klotz then rescinded all releases of information between Probation and Steppingstone Inc. Evidence of this violation will be supported through officer testimony and the discharge summary from Steppingstone, Inc. when it is made available by the program.

As the Court is aware, on September 14, 2021, Mr. Klotz submitted a urine specimen which tested positive for Methamphetamine. Mr. Klotz admitted to relapsing on Methamphetamine on September 11, 2021. Mr. Klotz was amendable to treatment and participated in short-term and long-term residential treatment at SSTAR located in Fall River. On September 21, 2021, the Court was notified of Mr. Klotz' non-compliance and Probation did not seek any action.

At this time, the U.S. Probation and Pretrial Services Office is seeking a summons for a Show Cause Hearing

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

☐ Issue a warrant.
☒ Issue a summons for the defendant to appear for a show cause hearing.
☐ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 2/28/2022          Place: Taunton, Massachusetts

/s/ Lacey Francis               Date: 2/28/2022

Lacey Francis
U.S. Probation Officer

ORDER OF COURT

☐ Warrant to issue.
☒ Summons to issue. Clerk to schedule show cause hearing.
☐ Other:

Considered and ordered this 25th day of March, 2022, and ordered filed and made part of the record in the above case.

Honorable Judith Dein
U.S. Magistrate Judge

3