UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDISON KLOTZ,<br><br>Defendant | ) Criminal No. 21-cr-10208-NMGss<br>)<br>) Violations:<br>)<br>) <u>Count One</u>: Conspiracy to Distribute and to<br>) Possess with Intent to Distribute Controlled<br>) Substances<br>) (21 U.S.C. § 846)<br>)<br>) <u>Count Two</u>: Distribution of and Possession<br>) with Intent to Distribute Methamphetamine<br>) (21 U.S.C. § 841)<br>)<br>) <u>Drug Forfeiture Allegation</u>:<br>) (21 U.S.C. § 853) |

<u>SECOND SUPERSEDING INFORMATION</u>

<u>COUNT ONE</u>
Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances
(21 U.S.C. § 846)

The United States Attorney alleges:

From in or about March 2020 through in or about July 2021, in Quincy, in the District of Massachusetts, and elsewhere, the defendant,

EDISON KLOTZ,

conspired with other persons known and unknown to the United States Attorney, to knowingly and intentionally distribute and possess with intent to distribute controlled substances.

It is further alleged that the offense charged in Count One involved methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

1

<u>COUNT TWO</u>
Distribution of and Possession with Intent to Distribute Methamphetamine
(21 U.S.C. § 841)

The United States Attorney further alleges:

On or about November 5, 2020, in Quincy, in the District of Massachusetts, the defendant,

EDISON KLOTZ,

did knowingly and intentionally distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841.

## DRUG FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

1.      Upon conviction of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two, the defendant,

## EDISON KLOTZ,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

*[signature]*

ALATHEA E. PORTER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 28, 2024
Returned into the District Court and filed.

_____
DEPUTY CLERK