1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
2

3

4    United States of America,     )
                     Plaintiff,    )
5                                  )
                                   )
6    vs.                           )    Case No. 21-cr-10208-NMG-9
                                   )
7                                  )
     Edison Klotz,                 )
8                   Defendant.     )

9

10   BEFORE:  The Honorable Magistrate Judge Judith G. Dein

11

12                       Show Cause Hearing

13

14

15                            United States District Court
                              1 Courthouse Way
16                            Boston, Massachusetts
                              May 31, 2023
17

18

19

20

21

22
                         Marianne Kusa-Ryll, RDR, CRR
23                         Official Court Reporter
                         United States District Court
24                        595 Main Street, Room 514A
                          Worcester, MA 01608-2093
25                     508-929-3399 justicehill@aol.com
                     Mechanical Steno - Transcript by Computer

1   APPEARANCES:

2   United States Attorney's Office
    Alathea Porter, Assistant United States Attorney
3   John Joseph Moakley United States Courthouse
    1 Courthouse Way, Suite 9200
4   Boston, Massachusetts 02210
    on behalf of the Government
5
    Paul J. Garrity, Esquire
6   14 Londonderry Road
    Londonderry, New Hampshire 03053
7   on behalf of the Defendant

8   Also present:

9   U.S. Probation Officer Charnee Alkins

10

11

12

13
                **Proceedings recorded by sound recording**
14            **and produced by computer-aided stenography**

15

16

17

18

19

20

21

22

23

24

25

1                            P R O C E E D I N G S

2              THE CLERK:  The United States District Court for the

3    District of Massachusetts is now in session on May 31st, the

4    year 2023, in the matter of the United States of America versus

5    Edison -- Edison Klotz, Criminal Case No. 2021-10208.

6              Counsel and Probation identify themselves for the

7    record.

8              MS. PORTER:  Good afternoon, your Honor.  Alathea

9    Porter on behalf of the United States.

10             MR. GARRITY:  Your Honor, good afternoon.  Paul

11   Garrity for Mr. Klotz.

12             PROBATION OFFICER ALKINS:  Charnee Alkins for U.S.

13   Probation.

14             THE COURT:  Okay.  All right.  Mr. Klotz, you are here

15   on a petition alleging that you violated conditions of pretrial

16   release.

17             Have you reviewed these with your attorney?

18             THE DEFENDANT:  Yes.

19             THE COURT:  You understand what the charges are?

20             THE DEFENDANT:  I do.

21             THE COURT:  All right.  You may be seated.

22             Let me ask the government what you're seeking; how are

23   we going forward today?

24             MS. PORTER:  Your Honor, the government is not seeking

25   detention.  It's pretty apparent that Mr. Klotz has been

1    struggling with his addiction issues; and at this point in

2    consultation with Probation, I think he needs to step up his

3    treatment and we're -- I think Probation is seeking for him to

4    participate in an inpatient treatment program.  And I believe

5    they've been in communication about that and about the

6    availability of a bed for him at one of the facilities.

7            THE COURT:  Okay.

8            PROBATION OFFICER ALKINS:  Yes, your Honor.

9            Mr. Klotz has been in communication with me since the

10    last filing of his petition.  Initially, the goal was to get

11    him into detox, but there has been some time since he's tested

12    positive to the drugs (indiscernible) yesterday.  And just so

13    we know the results, but he has been able to identify an

14    inpatient program in addition to a PHP, a partial

15    hospitalization program.  Both are both an increase of

16    treatment from the initial -- and considered an outpatient

17    program that he was going into.

18            From communication of (indiscernible) he has reported

19    that he can possibly get into the STAR program in Fall River

20    tomorrow, but he also has just been -- Probation hasn't checked

21    into this.  He -- as opposed to STAR, when he can get into

22    either program.

23            THE COURT:  So what are you recommending it?

24            PROBATION OFFICER ALKINS:  I recommend that he go to a

25    higher level of treatment to address his substance use.

1          THE COURT:  All right.  But does this -- so that's

2     already in the conditions here, right?  I mean the conditions

3     are whatever you agree to.

4          MS. PORTER:  Yes, we wouldn't be seeking a change in

5     conditions, your Honor.

6          THE COURT:  Mr. Garrity.

7          MR. GARRITY:  Your Honor, in the STAR program,

8     Mr. Klotz went last Thursday, he tells me.  He did an intake

9     interview in person.  He has been in communication both with

10    STAR and Probation, and he tells me he thinks a bed is

11    available.  Hopefully --

12         THE DEFENDANT:  They have me next on the list.

13         MR. GARRITY:  Next on the list.

14         THE DEFENDANT:  Hopefully tomorrow morning.

15         MR. GARRITY:  Hopefully tomorrow.

16         THE COURT:  So is everyone comfortable with me

17    releasing Mr. Klotz to appear at STAR tomorrow?

18         PROBATION OFFICER ALKINS:  Yes, your Honor.

19         MS. PORTER:  Yes, your Honor.

20         THE COURT:  Okay.  Then I'm going to do that.  But I

21    need to tell you these are -- I know how hard this is, all

22    right, and these are opportunities that you're not going to

23    have when you're no longer under court supervision, all right.

24    So you've got -- you really do have the opportunity for

25    treatment now that you're not going to have on your own.  So

1    take advantage of the support and take advantage of the

2    program.  And I do know it's hard.  So good luck.

3              THE DEFENDANT:  Thank you.

4              THE COURT:  All right.  Okay.

5              Anything further then we need to do?

6              MS. PORTER:  No, your Honor.

7              MR. GARRITY:  No, your Honor.

8              THE COURT:  Okay.  Thank you.

9              MR. GARRITY:  Thank you.

10             MS. PORTER:  Thank you.

11             PROBATION OFFICER ALKINS:  Thank you.

12             THE COURT:  So you just need to show up at STAR --

13             THE DEFENDANT:  Thank you, your Honor.

14             THE COURT:  -- and comply with all of their -- all of

15   their conditions.  Okay.

16             THE CLERK:  Court is in recess.

17             (At 12:57:56 p.m., the audio recording ended.)

18

19

20

21

22

23

24

25

1                       C E R T I F I C A T E

2

3              I, Marianne Kusa-Ryll, RDR, CRR, do hereby

4    certify that the foregoing transcript is a true and accurate

5    transcription prepared to the best of my skill, knowledge, and

6    ability from the official electronic sound recording of the

7    proceedings before the Honorable Magistrate Judge Judith Dein

8    in the above-entitled matter.

9

10

11       /s/ Marianne Kusa-Ryll                    05-21-24__
         Marianne Kusa-Ryll, RDR, CRR                Date
12       Federal Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25