1

1                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

2

3

4   United States of America,    )
                 Plaintiff,    )

5                         )
                         )

6   vs.                  )   Case No. 21-cr-10208-NMG-9
                         )

7                         )
   Edison Klotz,           )

8               Defendant.    )

9

10  BEFORE:  The Honorable Magistrate Judge Judith G. Dein

11

12             Videoconferenced Show Cause Hearing

13

14

15                   United States District Court
                   1 Courthouse Way

16                   Boston, Massachusetts
                   August 15, 2023

17

18

19

20

21

22

23              Marianne Kusa-Ryll, RDR, CRR
                Official Court Reporter
             United States District Court

24            595 Main Street, Room 514A
             Worcester, MA 01608-2093

25          508-929-3399 justicehill@aol.com
         Mechanical Steno - Transcript by Computer

1    APPEARANCES (via videoconference):

2    United States Attorney's Office
     Alathea Porter, Assistant United States Attorney
3    John Joseph Moakley United States Courthouse
     1 Courthouse Way, Suite 9200
4    Boston, Massachusetts 02210
     on behalf of the Government

5
     Paul J. Garrity, Esquire
6    14 Londonderry Road
     Londonderry, New Hampshire 03053
7    on behalf of the Defendant

8    Also present (via videoconference):

9    U.S. Probation Officer Jessica Turkington
     Reverend Nikira Hernandez

10

11

12

13
                  **Proceedings recorded by sound recording**
14              **and produced by computer-aided stenography**

15

16

17

18

19

20

21

22

23

24

25

1                        P R O C E E D I N G S

2          THE CLERK:  Hello, your Honor.  We're here for a show

3    cause hearing on Mr. Klotz.

4          The United States District Court for the District of

5    Massachusetts is now in session on August 15, the year 2023, in

6    the matter of the United States of America versus Edison Klotz,

7    Criminal Case No. 2021-10208.

8          This is a general reminder that all persons granted

9    remote access to today's court proceedings are reminded of the

10   general prohibition against photographing, recording and/or

11   rebroadcasting of today's court proceedings, and that's

12   pursuant to Local Rule 83.3.

13         Could counsel and Probation please identify themselves

14   for the record.

15         MS. PORTER:  Good afternoon, your Honor.  Alathea

16   Porter on behalf of the United States.

17         PROBATION OFFICER TURKINGTON:  Jessica Turkington on

18   behalf of Probation.

19         And I actually can't hear your Honor.  I can hear

20   everyone else.

21         MS. PORTER:  I was going to say the same thing.

22         MR. GARRITY:  Right.  Paul Garrity for Mr. Klotz.

23         THE COURT:  You still can't -- can you hear me now?

24         THE CLERK:  Oh, that's better.

25         MR. GARRITY:  Yes, your Honor.

1          MS. PORTER:  Yes, your Honor.

2          THE DEFENDANT:  Yes, your Honor.

3          THE COURT:  That's a good trick needing the judge.

4          All right.  Well, unfortunately we're back together

5     again.  I have before me the petition for action on conditions

6     of pretrial release.

7          I'll hear from the government.

8          MS. PORTER:  Yes, your Honor.

9          I've conferred with Ms. Turkington about Mr. Klotz's

10    case and reviewed again the PSA and sort of gone through it, as

11    I know you're already familiar, but I think it's helpful to

12    sort of summarize.

13          At this time, I think that the defendant has been

14    given every opportunity by the Court to kind of turn things

15    around and has shown an inability to abide by conditions, and

16    as a result the government is asking the Court to revoke

17    conditions of release under 18 United States Code

18    Section 3148(b)(2)(B), and that is that he has shown an

19    inability to abide by conditions.  He is unlikely to abide by

20    the conditions set by the Court.  In summary, your Honor, I

21    counted over 20 total violations.

22          The defendant was released on conditions on July 19th,

23    2021, and over the course of the last two years has committed

24    over 20 violations.  At least eight of those involve positive

25    drug screens.  Another eight, including one from this week,

1    included failure to report for scheduled testing, and six

2    incidents involved driving with either a suspended or a revoked

3    license, and those incidents also have resulted in a number of

4    different state charges, including at least some that I believe

5    are currently open state charges that the defendant is facing.

6          And because of all of those and the fact that he has

7    been before this Court on multiple show cause hearings for the

8    same types of violations, at this time, your Honor, the

9    government would ask that the Court revoke the conditions.

10         THE COURT:  Mr. Garrity.

11         MR. GARRITY:  Your Honor, so as I'm sure the Court's

12   aware, drug addiction is a struggle.  Mr. Klotz has been

13   struggling with this for quite a while, but as I understand it,

14   and Probation correct me -- can correct me if I'm not accurate

15   on this.  His last six tests have been negative.

16         Yesterday, he tells me, he became ill and showed up

17   late at the testing center in Stoughton in Gosnold.  He got

18   there shortly after noontime he tells me, and the testing

19   person had already left.

20         He -- he is -- he's ill now, and that's why the

21   hearing is being -- being held by Zoom.  He has an appointment

22   this afternoon with his doctor at Harvard Health Care to check

23   in to whether or not he has COVID.  He works.  In terms of what

24   he's doing now, he works at the Brighton Allston Congregational

25   Church as a handyman.  He also volunteers at their soup

1    kitchen, he tells me, once or twice a week.

2        He also just finished a PHP program at Gosnold, and

3    he's now -- which met five days a week, he tells me, and now

4    he's on this (indiscernible) out program which meets three days

5    a week.  He also does an NA meeting on Tuesday and another

6    meeting on Thursday night.  He has a substance abuse coach.  He

7    has a life coach.  He -- he has had a number of chances, Judge,

8    but it looks like he's on the right track at this time.  And if

9    I'm correct on the last six tests, it shows that he has been

10   drug free.

11       The state charges, one was dismissed yesterday

12   in -- in Stoughton District Court.  One was dismissed last week

13   in Quincy.  The one in Stoughton yesterday was dismissed upon

14   payment of court costs.  The one in Quincy he tells me was

15   dismissed outright.

16       So I would ask, Judge, given that he has got -- it

17   seems like he has got a network set up to deal with his

18   addiction program, the SOAP, the NA meeting, the -- the other

19   meeting he does Thursday night, his life coach and substance

20   abuse coach, I would ask the Court to allow him to remain out

21   on release to give him a further chance to show that he can

22   comply with conditions.

23       And I believe his pastor should be on this hearing,

24   Pastor Nikira, that's who he works for at the Brighton Allston

25   Congregational Church.  And I believe if the Court wants to

1     hear from her, she would address the Court.

2          THE COURT:  Okay.  First let me hear from Probation.

3          PROBATION OFFICER TURKINGTON:  Yes, Judge.  So I guess

4     just to kind of start with regard to the last positive

5     drug -- the last six drug tests.  As was already indicated,

6     Mr. Klotz failed to appear for a scheduled drug test yesterday.

7     He did not make contact in advance or have a call with me

8     regarding that until I learned of that from the provider.

9          His test on August 3rd, August 25th -- excuse me,

10    July 25th and July 6th were negative.

11         He failed to appear for a test on June 29th, which is

12    around the same time he provided the positive drug test for

13    methamphetamine on June 21st at the PHP Program.

14         He provided a diluted drug test on May 30th.

15         He provided a drug test on May 9th that was negative,

16    and he failed to appear for a test on May 4th.

17         So, yeah, I mean, I -- as your Honor is aware, I

18    didn't file this petition, because this case is new to me.

19    His -- his prior officer, the case transitioned to me, but I'm

20    extremely concerned.  He has been charged -- I understand that

21    two of those cases have been dismissed, but with six new

22    offenses while on pretrial supervision, he has given a number

23    of positive drug tests, failed to appear for drug tests.  He

24    did complete the PHP Program, and he did start reportedly

25    intensive outpatient yesterday.  I haven't been able to confirm

1    that because he just started yesterday.

2          I have spoken to his recovery coach as well as his

3    life coach, but I do just remain very concerned about his

4    decision-making and impulsivity, and we're recommending

5    detention as well.

6          THE COURT:  When you spoke to his life coaches and his

7    substance abuse coach what did they say?

8          PROBATION OFFICER TURKINGTON:  So his recovery coach

9    is new to him, approximately in the last probably now four

10   weeks, because I spoke to him, and he indicated three weeks he

11   had been working with another recovery coach for a period of

12   time, significantly longer; however, that individual received a

13   promotion, so he is working with a different individual now,

14   who stated that they're kind of working on identifying

15   Mr. Klotz's goals, also working kind of on that decision-making

16   and keeping recovery at the forefront of his mind at all times.

17         And then with regard to his life coach, they've known

18   each other for decades, and his life coach kind of indicated

19   seeing him through various stages of his life and consistently

20   being a strong support to him.  He agreed that, you know, I

21   kind of said this is what I'm targeting in our initial meeting

22   since I've only met with him in person on one occasion.  I said

23   what I was working on with him specifically to stopping and

24   thinking before making decisions.  And that individual agreed

25   that that would be helpful, you know, kind of given the history

1       of impulsivity and decision-making challenges.

2              THE COURT:  Obviously, and I think everyone agrees,

3       the scariest parts of this, Mr. Klotz, is your getting behind

4       the wheel.  You know, it's one thing if there's damage.  I

5       don't say it lightly.  I know you are struggling, and I know

6       you're participating in these programs, and it is hard, and

7       that's great.  But when you get behind the wheel, and we've

8       talked about this before, you just put too many people at risk.

9       And I don't know what to do about that.

10             Reverend, do you want to be heard?  You don't need to

11      be.

12             REVEREND NIKIRA HERNANDEZ:  Yes, your Honor.

13             Edison has been a member of this community that I

14      serve, Brighton Allston Congregational Church, for as long as I

15      have been here, which is the last three years; and in that

16      time, I have watched Edison be an incredible force for good in

17      our community.  His volunteer work with our food pantry and the

18      extra hours that he puts in to go above and beyond to keep our

19      buildings in good shape, to help us be able to do the work we

20      need to do to feed people in our community is remarkable.

21             I know that Edison has struggled a lot over the past

22      few years that I have known him, and I have watched him work

23      so, so hard and be help to everyone that he can, including

24      folks in our community who struggle with addiction, you know,

25      picking them up off their feet, offering them help whenever he

1   can.

2          And while I understand that there are some serious

3   concerns around safety with motor vehicles, we at the church

4   consider Edison a part of our church family.  He's a member of

5   our church and are willing to do whatever we need to do to keep

6   him safely off the road, whether that's to set up a church

7   network of rides for him to make sure he can get to and from

8   work for his medical appointments, checking in regularly.  We

9   are here as an additional support network to help see that he's

10  safe and our community is safe.

11         THE COURT:  Is he -- is that a serious offer to set up

12  a driving network?

13         REVEREND NIKIRA HERNANDEZ:  That is absolutely a

14  serious offer.

15         THE COURT:  All right.  I think -- I think I'm going

16  to take you up on that offer.

17         All right.  I -- I hate to stop the intensive

18  programming that just started yesterday.  I think that's a

19  problem, but, Mr. Klotz, if you -- you cannot get behind the

20  wheel.  I don't know how to say it any other way, and you've

21  heard that your church community is willing to give you rides

22  when you need it.

23         THE DEFENDANT:  Yes.

24         THE COURT:  All right.  I mean if I find you behind

25  the wheel again, it's not even going to be a question.  All

1    right.  There's one thing with struggling with your own issues,

2    it's another thing of putting our community at risk --

3           THE DEFENDANT:  (Indiscernible.)

4           THE COURT:  -- don't do that.  Okay.

5           All right.  So what we're going to have as a

6    requirement is -- is that he communicate with his support

7    systems to make sure that he has transportation to anyplace he

8    needs to be.  I'm making it very clear that Mr. Klotz cannot

9    get behind the wheel.  I don't care what charges are dismissed

10   or not dismissed, I don't care, cannot, cannot, cannot get

11   behind the wheel.

12          All the other conditions will remain.  I'm going to

13   ask Probation to keep me apprised of this.

14          And -- and what's the status of the case in general,

15   Mr. Garrity?

16          MR. GARRITY:  Your Honor, I -- it's scheduled for

17   trial, I believe, in -- at the end of November, but I believe

18   we're heading towards a nontrial resolution.

19          THE COURT:  Okay.

20          MS. PORTER:  Yeah.  Yes, your Honor, the case is

21   scheduled for trial before Judge Gorton starting November 6th,

22   but we have been in discussions about pretrial resolution for

23   Mr. Klotz.

24          THE COURT:  Okay.  Ms. Turkington, is there anything

25   else I can add to the requirements that would be helpful?

1    PROBATION OFFICER TURKINGTON:  No, your Honor.  I

2  think just, you know, encouraging him to be open and willing to

3  work on what I'm going to push him on, which is just changing

4  the decision-making, stopping and thinking.  It's very

5  difficult to have that conversation, but I think that's really

6  where we're going to see the change because it's

7  decision-making that leads to the methamphetamine use.  It's

8  decision-making that leads to him driving.  I do want to note

9  that he does have medical transportation through his insurance.

10  So that is already set.  And he does have many supports that

11  I'll continue to check in with as well that he has identified

12  can provide transportation, including someone who lives in his

13  building.  So we'll definitely stay connected, and I'll ensure

14  that he's relying on the church as needed for additional

15  support with transportation.  But there's a lot of resources

16  out there so I don't think that will be a problem.

17    He also reported he bought a scooter during our last

18  visit.  So I'm not sure that he has received that, but I know

19  that was something that he was hoping would assist him with

20  transportation as well.

21    THE DEFENDANT:  I did.

22    THE COURT:  Okay.  But don't ride a scooter on drugs

23  either.

24    THE DEFENDANT:  No.

25    THE COURT:  That's not what I need.  All right.

1          THE DEFENDANT:  Yes.

2          THE COURT:  So we're going to keep the pressure on

3     you, frankly, but you have a lot of support.  A lot of people

4     are working with you.  Let's see if we can make it work.

5          All right.  So, Ms. Turkington, would you mind sort of

6     giving me a weekly, just an email just telling me how he's

7     doing.

8          MR. GARRITY:  Yes, Judge.

9          THE COURT:  Okay.  Thank you.

10          All right.  Is there anything further then on this

11     matter?

12          MR. GARRITY:  No, your Honor.

13          MS. PORTER:  No.

14          THE COURT:  And thank you, Reverend.  It's -- your

15     support is much appreciated here.

16          Okay.  Detention is (indiscernible) --

17          THE DEFENDANT:  Thank you, your Honor.

18          THE COURT:  Now stay out of trouble.  Okay.

19          MR. GARRITY:  Thank you, your Honor.

20          PROBATION OFFICER TURKINGTON:  Thank you, Judge.

21          (At 12:20:27 p.m., the audio recording ended.)

22

23

24

25

1 <u>CERTIFICATE OF OFFICIAL REPORTER</u>

2

3          I, Marianne Kusa-Ryll, Registered Diplomate

4   Reporter and Certified Realtime Reporter, in and for the United

5   States District Court for the District of Massachusetts, do

6   hereby certify that the foregoing transcript is a true and

7   accurate transcription prepared to the best of my skill,

8   knowledge, and ability from the official audio-recorded

9   proceedings in the above-entitled matter.

10

11

12      /s/ Marianne Kusa-Ryll                5-21-2024
        Marianne Kusa-Ryll, RDR, CRR              Date
13      Federal Official Court Reporter

14

15

16

17

18

19

20

21

22

23

24

25