UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Docket No. 1:21-CR-10208-NMG |
| | ) | |
| EDISON KLOTZ | ) | |
| Defendant | ) | |
| | ) | |

## ASSENTED TO MOTION TO CONTINUE
## JUNE 28, 2024 SENTENCING HEARING

NOW COMES, the Defendant, Edison Klotz, by and through his attorney, Paul Garrity, and moves this court to continue the June 28, 2024 sentencing hearing.

In support of this Motion, the Defendant states as follows:

1. A sentencing hearing is scheduled in this court for June 28, 2024 at 11:00 a.m.

2. Undersigned counsel recently met with the Defendant at the Wyatt Detention Center and was made aware of additional mental health records that need to be obtained and reviewed prior to the sentencing. Additional time is needed to obtain those records.

3. In addition, undersigned counsel has a sentencing hearing in U. S. District Court – New Hampshire on June 28, 2024 at 10:00 a.m. in U.S. v. Amy Boisvert.

4. Therefore, due to the above circumstances, the parties request a continuance of the June 28, 2024 sentencing hearing in this matter.

5. The United States Attorney's Office, through Althea Porter, assents to the relief requested in this Motion.

6. The undersigned counsel wishes to inform the Court that he will be on **vacation August 10, 2024 through August 17, 2024**.

7. For scheduling purposes, please note undersigned counsel is scheduled for an attempted murder **trial starting on July 22, 2024** (which is expected to last one week) in Hillsborough County Superior Court North in State v. Katon Lang; aggravated felonious sexual assault **trial starting on August 19, 2024** in Hillsborough County Superior Court South in State v. Michael Brady.

WHEREFORE, the Defendant, Edison Klotz, hereby prays this Honorable Court:

A. Grant the within Motion to Continue;

B. Continue the June 28, 2024 sentencing hearing; and

C. Grant such other and further relief as may be just and equitable.

        Respectfully submitted,

        Edison Klotz
        By and through his attorney,

Dated: June 18, 2024

        /s/ Paul Garrity
        Paul Garrity, MA Bar #555976
        14 Londonderry Road
        Londonderry, NH 03053
        (603) 434-4106
        garritylaw@myfairpoint.net

**CERTIFICATE OF SERVICE**

I, Paul J. Garrity, herein certify that a copy of the within Motion was e-filed to all parties of record through this court's electronic filing system.

Dated: June 18, 2024

        /s/ Paul J. Garrity
        Paul J. Garrity